UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HARVEY SWEET SHOP AND SEAFOOD, LLC<br>    Plaintiff<br><br>VERSUS<br><br>WESTERN WORLD INSURANCE COMPANY<br>    Defendant | CIVIL ACTION<br><br>NO.<br><br>JUDGE<br><br>MAGISTRATE |

# NOTICE OF REMOVAL
## (28 USC 1332 AND USC 1446)

1.

Defendant, Western World Insurance Company, gives notice to the Clerk of Court for the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana and to all adverse parties that is Harvey Sweet Shop and Seafood, LLC, plaintiff, through John W. Redmann, attorney of record, whose address is 1101 Westbank Expressway, Gretna, LA 70053, that pursuant to *28 USC 1332* and *1446* it has filed this Notice and removed the action described herein below to the United States District Court for the Eastern District of Louisiana, to-wit:

> "*Harvey Sweet Shop and Seafood, LLC vs. Western World Insurance Company,*" No. 814-719, on the Docket of the 24th Judicial District Court, Parish of Jefferson, State of Louisiana

and that it has done so on the date set forth in the *Certificate* which follows.

2.

The grounds for removal are these:

a. The amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, as evidenced by plaintiff's *Petition*, particularly paragraphs VII and XI ;

b. The matter in controversy is between citizens of different states because:

   i. Plaintiff, Harvey Sweet Shop and Seafood, LLC claims to be a domestic, limited liability company authorized to do and doing business in the Parish of Jefferson, State of Louisiana Although the Louisiana Secretary of State has no record of its incorporation or organization, during the examination under oath of Bobby Wilkerson, he testified he was plaintiff's sole member. Whether plaintiff was incorporated or was a sole proprietorship, its domicile is Louisiana; and

   ii. Defendant, Western World Insurance Company is a corporation organized under the laws of the state of New Hampshire, with its principal place of business in New Jersey.

3.

Western World was served or otherwise first received the initial pleadings setting forth a claim for relief upon which this action is based on February 23, 2021, that is, within thirty (30) days of the filing of this Notice.

4.

This removal action was commenced on March 15, 2021, and removal has been effected within one (1) year after its commencement.

5.

Copies of all process, pleadings, and orders served upon defendant are attached to this *Notice* as **Exhibit A**, and are filed with it.

6.

This *Notice* is being promptly given to all adverse parties, a copy is being promptly filed with the Clerk of the State Court designated in Paragraph 1 above, and it has been signed pursuant to *Rule 11* of the *Federal Rules of Civil Procedure*.

Respectfully submitted,

BIENVENU, FOSTER, RYAN & O'BANNON, LLC

BY: *John Waters*
_____
JOHN W. WATERS, JR. (#13258) – T.A.
DAVID E. WALLE (#13199)
1100 Poydras Street, Suite 2870
New Orleans, LA  70163
(504) 310-1500
Fax:  (504) 310-1501
jwaters@bfrob.com
dwalle@bfrob.com
*Attorneys for defendant, Western World Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing notice has been filed in the United States District Court for the Eastern District of Louisiana, the 24th Judicial District

Court for the Parish of Jefferson, State of Louisiana, and served upon all counsel of record, namely:

> John W. Redmann
> Edward L. Moreno
> Travis J. Causey, Jr.
> Jonathan E. Ley
> Cristian A. Galleguillos
> Kelly S. Rizzo
> Law Office Ohn W. Redmann, LLC
> 1101 Westbank Expressway
> Gretna, Louisiana 70053
> Telephone: (504) 500-5000
> Facsimile: (504) 433-5556
> *Attorneys for Petitioner, Harvey Sweet Shop*

by facsimile transmission, hand delivery, electronic mail and/or depositing same in the United States Mail, postage pre-paid on March 15, 2021.

*John Waters*
_____
John Waters