# State of Louisiana
# Secretary of State

02/24/2021

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

WESTERN WORLD INSURANCE COMPANY
ATTN: LISA A. ROSA EXECUTIVE VICE PRESIDENT & GENERAL COUNSEL
300 KIMBALL DRIVE
SUITE 500
PARSIPPANY, NJ  07054

Suit No.: 814179
24TH JUDICIAL DISTRICT COURT
JEFFERSON PARISH

HARVEY SWEET SHOP & SEAFOOD, LLC
vs
WESTERN WORLD INSURANCE COMPANY

**Steve,**

**Summons for claim 146501 assinged to Collin G.**

**Thanks, Kesha  3/3/2021**

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on:  R. KYLE ARDOIN
Served by:  L. KLING

Date: 02/23/2021
Title: DEPUTY SHERIFF

EXHIBIT
A

No: 1190654



JG

(101) CITATION: PETITION FOR DAMAGES, BAD FAITH
PENALITIES, ATTORNEY'S FEES AND REQUEST FOR NOTICE;

210209-7900-7

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

HARVEY SWEET SHOP AND SEAFOOD LLC
versus
WESTERN WORLD INSURANCE COMPANY

Case: 814-179    Div: "B"
P 1 HARVEY SWEET SHOP
AND SEAFOOD LLC

To: WESTERN WORLD INSURANCE COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS:
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE LA 70809

#15237 $50.00 S/S
#15236 $39.36 SEBR

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES, BAD FAITH PENALITIES, ATTORNEY'S FEES AND REQUEST FOR NOTICE of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney JONATHAN E. LEY and was issued by the Clerk of Court on the 9th day of February, 2021.

/s/ Donna G. Muscarello
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES, BAD FAITH
PENALITIES, ATTORNEY'S FEES AND REQUEST FOR NOTICE;

210209-7900-7

Received:_____ Served:_____ Returned:_____

Service was made:
___ Personal            ___ Domicilary _____

Unable to serve:
___ Not at this address   ___ Numerous attempts _____ times
___ Vacant                ___ Received too late to serve
___ Moved                 ___ No longer works at this address
___ No such address       ___ Need apartment / building number
___ Other _____

SERVED ON
R. KYLE ARDOIN
FEB 2 3 2021
SECRETARY OF STATE
COMMERCIAL DIVISION

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                       Deputy Sheriff
Parish of: _____

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

Page 1 of 1

835

**24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

DOCKET NO. 814-179                           DIVISION "B"

**HARVEY SWEET SHOP & SEAFOOD, LLC**

**VERSUS**

**WESTERN WORLD INSURANCE COMPANY**

FILED: _____     _____
                                    DEPUTY CLERK

**PETITION FOR DAMAGES, BAD FAITH PENALTIES, ATTORNEY'S FEES AND REQUEST FOR NOTICE UNDER LCCP Art. 1572**

The petition of **HARVEY SWEET SHOP & SEAFOOD, LLC** ("HARVEY SWEET SHOP"), a domestic limited liability company authorized to do and doing business in the Parish of Jefferson, State of Louisiana, with respect represents that:

I.

Defendant in this cause of action is:

**WESTERN WORLD INSURANCE COMPANY** ("WESTERN WORLD"), a foreign insurance company doing business in this Parish and State at all times relevant, which in or around the months of April and May 2019, had in effect an insurance policy which provided commercial property coverage in favor of **HARVEY SWEET SHOP**.

II.

Defendant herein is indebted unto Petitioner in an amount sufficient to fully compensate it for all general and special damages, as well as penalties, attorney fees, legal interest and court costs, for the following reasons to wit:

III.

On or about April 9, 2019, HARVEY SWEET SHOP was operating a commercial establishment at 903 Estalote Avenue in Harvey, Louisiana when a pecan tree located on a lot adjacent to the Subject Property fell in a northerly direction, striking the building occupied by HARVEY SWEET SHOP. Thereafter, on or about May 19, 2019, HARVEY SWEET SHOP suffered additional losses due to theft as a result of the building being unable to be properly secured due to the missing roof.

1

02/09/2021 10:02:08 CERTIFIED TRUE COPY - Pg:1 of 8 - Jefferson Parish Clerk of Court - ID:2118595
JON A. GEGENHEIMER

IV.

This incident was caused by the negligence of the owner of the property adjacent to the Subject Property, TERRY HUNTER ("MR. HUNTER"), who is not a party to this lawsuit, and of Defendant WESTERN WORLD, in not timely making payment so that the subject property could be repaired. As a result of WESTERN WORLD and MR. HUNTER's negligence, Petitioner, HARVEY SWEET SHOP, suffered property damage and loss of business personal property.

V.

As a result of the damages sustained by HARVEY SWEET SHOP, WESTERN WORLD made an unconditional tender to HARVEY SWEET SHOP in the amount of $6,750.00—$1,750.00 for theft of tools and $5,000.00 for wind/water damage.

VI.

Petitioner submits that this unconditional tender made by WESTERN WORLD was insufficient to make HARVEY SWEET SHOP whole for its damages.

VII.

On May 19, 2020, WESTERN WORLD, through its attorneys, David E. Walle and/or John W. Waters of Bienvenu, Foster, Ryan & O'Bannon, LLC, was provided with an estimate detailing $204,503.83 in damages sustained by HARVEY SWEET SHOP as a result of the Subject Incident.

VIII.

At all times pertinent hereto, Defendant, WESTERN WORLD, had in full force and effect a policy of insurance, bearing Policy Number NPP8466793, which included commercial property coverage, covering Petitioner, HARVEY SWEET SHOP, in case of damages sustained to the property located at 903 Estalote Avenue, Harvey, Louisiana. Pursuant to Louisiana Revised Statutes 22:1892, *et. seq.* and 22:1973, *et seq.*, said insurer is directly liable unto Petitioner, HARVEY SWEET SHOP for the full extent of its damages.

IX.

Defendant, WESTERN WORLD, as the commercial property insurer of HARVEY SWEET SHOP, is also liable to Petitioner for all damages, Court costs, and any other damages reasonable upon the premises.

X.

Petitioner herein itemizes and provides a non-exhaustive list of damages to which it is entitled as a result of the Subject Incident and for which WESTERN WORLD owes under

2

HARVEY SWEET SHOP's commercial property coverage with WESTERN WORLD, as follows,

to-wit:

- a) damages to premises owned and/or rented by Petitioner;
- b) loss of business personal property;
- c) past, present, and future loss of business income; and
- d) any other damages as may be shown at the trial of this matter.

### XI.

The following timeline confirms that WESTERN WORLD is in bad faith per the Louisiana Insurance Bad Faith Statutes:

> **August 21, 2019** – Demand was made to Western World for coverage under Policy No. NPP8466793 for Claim No. 146501, with a date of loss of April 9, 2019, and Claim No. 147631, with a date of loss of May 19, 2019;
>
> **September 9, 2019** – An Examination Under Oath of Bobby Wilkerson was taken at the offices of Bienvenu, Foster, Ryan and O'Bannon, located at 1010 Common Street, Suite 2200, New Orleans, Louisiana 70112, wherein Mr. Wilkerson produced documents including but not limited to: documents from the Louisiana Department of Revenue, Jefferson Parish Sheriff's Office complaint forms, policies issued by WESTERN WORLD, certificates of insurance, correspondence from Mr. Wilkerson's insurance agent(s), receipts for building materials, checks, photographs, and property ownership documents;
>
> **September 14, 2019** – An Examination Under Oath of Bobby Wilkerson was again taken at the offices of Bienvenu, Foster, Ryan and O'Bannon, located at 1010 Common Street, Suite 2200, New Orleans, Louisiana 70112, wherein Mr. Wilkerson produced documents including but not limited to: photographs, contents list(s), tax returns, repair estimate(s), and receipts for building materials;
>
> **May 19, 2020** – Demand was made to WESTERN WORLD for Building and Business Personal Property coverage which included satisfactory proof of loss in the amounts of $189,502.38 in building damages and $15,001.45 in business personal property losses;
>
> **July 1, 2020** – WESTERN WORLD tendered $5,000.00 to HARVEY SWEET SHOP for "Wind/Water Damage" for Claim No. 146501 under Policy No. NPP8466793;
>
> **July 1, 2020** – WESTERN WORLD tendered $1,750.00 to HARVEY SWEET SHOP for "Theft of Tools, Compressor and Alcohol from Premises" for Claim No. 147631 under Policy No. NPP8466793;
>
> **January 20, 2021** – As of the date of filing this petition HARVEY SWEET SHOP has provided satisfactory proof(s) of loss totaling $204,503.83 and WESTERN WORLD has only tendered $6,750.00.



3

02/09/2021 10:02:08 CERTIFIED TRUE COPY - Pg:3 of 8 - Jefferson Parish Clerk of Court - ID:2118595

XII.

## BAD FAITH AND UNFAIR CLAIMS SETTLEMENT ACTIONS

Petitioner avers amicable demand to no avail and in fact asserts that the defendant, WESTERN WORLD, is liable to Petitioner for penalties, interest and attorney fees for Defendant's bad faith in dealing with this claim and the arbitrary and capricious manner in which Defendant has handled this claim.

XIII.

Petitioner asserts that Defendant, WESTERN WORLD (as the first-party property carrier), is liable to Petitioner for penalties, interest and attorney fees for Defendant's bad faith in dealing with this claim, specifically in failing to pay the amount of the claim due to its insured, HARVEY SWEET SHOP, within thirty days after receipt of satisfactory proofs of loss from its insured, HARVEY SWEET SHOP, pursuant to Louisiana Revised Statutes 22:1892(A)(1).

XIV.

Petitioner further asserts that Defendant, WESTERN WORLD (as the first-party property carrier), is liable to Petitioner for penalties, interest and attorney fees for Defendant's bad faith in dealing with this claim, specifically in failing to pay the amount of the claim due to HARVEY SWEET SHOP, an entity insured by the contract, within sixty days after receipt of satisfactory proof of loss from HARVEY SWEET SHOP. Petitioner avers that WESTERN WORLD's failure to pay was arbitrary, capricious, and/or without probable cause pursuant to Louisiana Revised Statutes 22:1973(B)(5).

XV.

Defendant, WESTERN WORLD, acted in bad faith regarding proper claims handling, by making tenders totaling $6,750.00 after Petitioner provided WESTERN WORLD with satisfactory proof of loss, in the form of a damages appraisal, showing that HARVEY SWEET SHOP had sustained $204,503.83 in damages as a result of the Subject Incident(s), and by continuing to deny and/or failing to make additional tender(s) despite receiving satisfactory proof of loss.

XVI.

Petitioner asserts a claim for interest and attorney fees, made available to the petitioner under Louisiana Revised Statutes 22:1892 and/or 22:1973 due to WESTERN WORLD's failure to make a tender of undisputed amounts within thirty and/or sixty days, respectively, of receipt of



4

02/09/2021 10:02:08 CERTIFIED TRUE COPY - Pg:4 of 8 - Jefferson Parish Clerk of Court - ID:2118595

adequate proof of loss, which is bad faith *per se*, and any and all other applicable laws, and for any and all other damages on amounts to be determined by the Court owing to Petitioner herein.

## XVII.

### REQUEST FOR NOTICE

In accordance with Louisiana Code of Civil Procedure article 1572, Petitioner requests the Court give written notice by certified mail, at least ten days in advance of the date fixed for trial or hearing of the case, whether on exceptions, motions, rules or the merits. Petitioner also requests immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof, as provided by Louisiana Code of Civil Procedure articles 1913 and 1914, including notice of judgment, in the event that this case be taken under advisement, or if the judgment is not signed at the conclusion of the trial.

**WHEREFORE**, Petitioner prays that a copy of this petition be served on the defendant, that they be cited to appear and answer same, and that, in due course, there be Judgment rendered against the defendant in favor of Petitioner, in an amount to be determined by the trier of fact which will fully compensate Petitioner for general and special damages suffered by it, together with legal interest from date of judicial demand and all costs of these proceedings.

Petitioner further prays, in accordance with Louisiana Code of Civil Procedure article 1572, that the Court give written notice by certified mail, at least ten days in advance of the date fixed for trial or hearing of the case, whether on exceptions, motions, rules or the merits. Petitioner also requests immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof, as provided by Louisiana Code of Civil Procedure articles 1913 and 1914, including notice of judgment, in the event that this case be taken under advisement, or if the judgment is not signed at the conclusion of the trial.

*SIGNATURE BLOCK ON FOLLOWING PAGE*

5



JON A. GEGENHEIMER   02/09/2021 10:02:08 CERTIFIED TRUE COPY - Pg:5 of 8 - Jefferson Parish Clerk of Court - ID:2118595

24th E-Filed: 01/22/2021 16:38 Case: 814179 Div:B Atty:034869 JONATHAN E LEY

Respectfully submitted:
**LAW OFFICE OF JOHN W. REDMANN, LLC**

_____
**JOHN W. REDMANN, #19984**
**EDWARD L. MORENO, #30838**
**TRAVIS J. CAUSEY, JR., #16853**
**JONATHAN E. LEY, #34869**
**CRISTIAN A. GALLEGUILLOS, #37691**
**KELLY S. RIZZO, #33388**
1101 Westbank Expressway
Gretna, Louisiana 70053
Telephone:   (504) 500-5000
Facsimile:   (504) 433-5556
*Attorneys for Petitioner, Harvey Sweet Shop*

**PLEASE SERVE**
**WESTERN WORLD INSURANCE COMPANY**
*Through Its Agent for Service of Process*
LOUISIANA SECRETARY OF STATE
8585 Archives Avenue
Baton Rouge, LA 70809



6

02/09/2021 10:02:08 CERTIFIED TRUE COPY - Pg:6 of 8 - Jefferson Parish Clerk of Court - ID:2118595

24th E-Filed: 01/22/2021 16:38 Case: 814179 Div:B Atty:034869 JONATHAN E LEY