MINUTE ENTRY
VAN MEERVELD
October 13, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HARVEY SWEET SHOP AND SEAFOOD, LLC, | * | CIVIL ACTION |
| | * | NO.   21-531 |
| *Plaintiff* | * | |
| | * | SECTION:  "M" (1) |
| VERSUS | * | |
| | * | JUDGE BARRY W. ASHE |
| WESTERN WORLD INSURANCE COMPANY, | * | |
| | * | MAGISTRATE JUDGE |
| *Defendant* | * | JANIS VAN MEERVELD |

A settlement conference was held via video conference on Wednesday, October 13, 2021.

PRESENT FOR:

    *Plaintiff:*    Scott Joanen, Bobby Wilkerson

    *Defendant:*    David Walle, Jessica Clarke

Negotiations were successful and resulted in the settlement of all claims. The material terms of the settlement were memorialized on the record. The U.S. District Judge's chambers have been notified. The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

*Janis van Meerveld*
Janis van Meerveld
United States Magistrate Judge

MJSTAR: 02:00